IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

R J REYNOLDS TOBACCO COMPANY; Santa Fe Natural Tobacco Company, Incorporated, ITG Brands LLC; Liggett Group LLC; Neocom, Incorporated, Rangila Enterprises, Incorporated; Rangila LLC; Sahil Ismail, Incorporated; Is Like You, Incorporated,

Plaintiffs-Appellees,

v.

FOOD & DRUG ADMINISTRATION; United States Department of Health and Human Services; Robert M. Califf, Commissioner of Food and Drugs; Xavier Becerra, Secretary, U.S. Department of Health and Human Services,

Defendants-Appellants.

No. 23-40076

**UNOPPOSED MOTION FOR A 2-WEEK
EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 17, defendants-appellants U.S. Food and Drug Administration (FDA) et al. respectfully request a 2-week extension of time, to and including August 16, 2023, to file their reply brief. Plaintiffs do not oppose this request.

1.  Plaintiffs-appellees challenge a final FDA rule implementing provisions of the Family Smoking Prevention and Tobacco Control Act prescribing new warnings on cigarette packages and advertisements to promote greater public understanding of the health risks of smoking. On December 7, 2022, the district court granted summary judgment for plaintiffs, holding that the rule violated the First Amendment and vacating the rule on that basis. The government appealed.

2.  The government filed its opening brief on May 11, 2023, and plaintiffs filed their response brief 60 days later, on July 12, 2023.

3.  The requested extension is necessary to allow adequate time to prepare the government's brief in consultation with the client agency and other individuals within the Department of Justice, and in light of counsels' other deadlines and obligations. In addition to other litigation matters that require their attention during the briefing period, the government counsel assigned to this appeal have direct or supervisory responsibility for the government's briefs and argument in the following cases: *Uretsky v. United States*, No. 22-3016 (3d Cir.) (oral argument) (presented July 14, 2023); *Avail Vapor, LLC v. FDA*, No. 22-1112 (S. Ct.) (brief in opposition to certiorari) (filed July 14, 2023); *American Reliable Ins. Co. v. United States*, No. 22-6014

(6th Cir.) (response brief) (due July 31, 2023); *Ford v. United States*, No. 22-2268 (4th Cir.) (reply brief) (due Aug. 2, 2023); *United States v. Missouri*, No. 23-1457 (8th Cir.) (response brief) (due Aug. 2, 2023); *Sweet v. Cardona*, No. 23-15049 (9th Cir.) (response brief) (due Aug. 2, 2023); *National Horsemen's Benevolent & Protective Ass'n v. Texas*, No. 23-10520 (response brief) (due Aug. 4, 2023).  The undersigned counsel also has long-planned leave scheduled during the week of July 24.

    4.  Counsel for plaintiffs stated that plaintiffs do not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court grant this motion for a 2-week extension of time to file defendants' reply brief.

                                        Respectfully submitted,

                                        MARK B. STERN
                                         /s/ *Lindsey Powell*
                                        LINDSEY POWELL
                                        CATHERINE M. PADHI
                                          *Attorneys, Appellate Staff*
                                          *Civil Division, Room 7712*
                                          *U.S. Department of Justice*
                                          *950 Pennsylvania Ave., NW*
                                          *Washington, DC  20530*
                                          *lindsey.e.powell@usdoj.gov*
                                          *(202) 616-5372*

JULY 2023

## CERTIFICATE OF SERVICE

I certify that on July 19, 2023, I filed and served the foregoing motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. Participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Lindsey Powell*
LINDSEY POWELL

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Book Antiqua, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 370 words, according to the count of Microsoft Word.

/s/ *Lindsey Powell*
LINDSEY POWELL