# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 21, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-40076    R J Reynolds Tobacco v. FDA
                         USDC No. 6:20-CV-176

The court has granted an extension of time to and including August 16, 2023 for filing a reply brief in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Rebecca L. Leto, Deputy Clerk
                         504-310-7703

Mr. Austin Paganelli Anderson
Mr. Cory L. Andrews
Mr. Rohit Pranav Asirvatham
Ms. Lisa Schiavo Blatt
Ms. Agatha M. Cole
Mr. James C. Grant
Mr. Scott A. Harman-Heath
Ms. Sarah M. Harris
Ms. Whitney D. Hermandorfer
Mr. Nandan M. Joshi
Mr. Caesar D. Kalinowski
Mr. Scott P. Lewis
Ms. Catherine Meredith Padhi
Mr. Constantine Z. Pamphilis
Mr. Philip J. Perry
Mr. Stephen Michael Pezzi
Mr. Alex Potapov
Ms. Lindsey E. Powell
Mr. Andrew D. Prins
Ms. Deva Roberts
Mr. Nicholas L. Schlossman
Mr. Mark Bernard Stern
Ms. Meaghan McLaine VerGow
Mr. Christian George Vergonis
Mr. Ryan Jeffrey Watson

Ms. Allison M. Zieve