# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 17, 2023

No. 23-40076    R J Reynolds Tobacco v. FDA
                USDC No. 6:20-CV-176

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Charles B. Whitney, Deputy Clerk
                                504-310-7679

cc:
    Mr. Austin Paganelli Anderson
    Mr. Cory L. Andrews
    Mr. Rohit Pranav Asirvatham
    Ms. Lisa Schiavo Blatt
    Ms. Agatha M. Cole
    Mr. James C. Grant
    Ms. Sarah M. Harris
    Ms. Whitney D. Hermandorfer
    Mr. Caesar D. Kalinowski
    Mr. Scott P. Lewis
    Ms. Catherine Meredith Padhi

Mr. Constantine Z. Pamphilis
Mr. Philip J. Perry
Mr. Stephen Michael Pezzi
Mr. Alex Potapov
Ms. Lindsey E. Powell
Mr. Andrew D. Prins
Ms. Deva Roberts
Mr. Nicholas L. Schlossman
Mr. Mark Bernard Stern
Ms. Meaghan McLaine VerGow
Mr. Christian George Vergonis
Mr. Ryan Jeffrey Watson
Ms. Allison M. Zieve