

**U.S. Department of Justice**

Civil Division, Appellate Staff

Tel: 202-616-5372

August 21, 2023

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE:   *R J Reynolds Tobacco Co. v. FDA*, No. 23-40076

Dear Mr. Cayce:

    I am writing to inform the Court that the undersigned counsel, who has primary responsibility for presenting briefing and argument on behalf of the government in the above-captioned case, will be unavailable to present oral argument during the November 6-9 argument sitting due to longstanding travel plans. This case has not yet been scheduled for oral argument.

                                     Sincerely,

                                     s/ *Lindsey Powell*
                                   Lindsey Powell

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically filed the foregoing letter with the Clerk of the U.S. Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ *Lindsey Powell*
Lindsey Powell
