# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 13, 2023

Ms. Agatha M. Cole  
Beverly, P.L.L.C.  
43 W. 43rd Street  
Suite 159  
New York, NY 10036

    No. 23-40076    R J Reynolds Tobacco v. FDA  
                      USDC No. 6:20-CV-176

Dear Ms. Cole,

We filed your brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: The paper copies received do not match the brief accepted by the court as sufficient on May 21, 2023.

The paper copies of your brief must **not** contain a header noting "RESTRICTED".

The covers of your documents must be the following colors: **Amicus Curiae brief must be green.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      *Kim M. Pollard*

                      By: _____  
                      Kim M. Pollard, Deputy Clerk  
                      504-310-7635

cc:  
    Mr. Austin Paganelli Anderson  
    Mr. Cory L. Andrews

Mr. Rohit Pranav Asirvatham
Ms. Lisa Schiavo Blatt
Mr. James C. Grant
Ms. Sarah M. Harris
Ms. Whitney D. Hermandorfer
Mr. Nandan M. Joshi
Mr. Caesar D. Kalinowski
Mr. Scott P. Lewis
Ms. Catherine Meredith Padhi
Mr. Constantine Z. Pamphilis
Mr. Philip J. Perry
Mr. Stephen Michael Pezzi
Mr. Alex Potapov
Ms. Lindsey E. Powell
Mr. Andrew D. Prins
Ms. Deva Roberts
Mr. Nicholas L. Schlossman
Mr. Mark Bernard Stern
Ms. Meaghan McLaine VerGow
Mr. Christian George Vergonis
Mr. Ryan Jeffrey Watson
Ms. Allison M. Zieve