# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 21, 2023

Ms. Agatha M. Cole
Beverly, P.L.L.C.
43 W. 43rd Street
Suite 159
New York, NY 10036

    No. 23-40076    R J Reynolds Tobacco v. FDA
                       USDC No. 6:20-CV-176

Dear Ms. Cole,

We filed your brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of your Amicus Brief must be single sided.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

cc:
    Mr. Austin Paganelli Anderson
    Mr. Cory L. Andrews
    Mr. Rohit Pranav Asirvatham
    Ms. Lisa Schiavo Blatt
    Mr. James C. Grant
    Ms. Sarah M. Harris
    Ms. Whitney D. Hermandorfer
    Mr. Nandan M. Joshi
    Mr. Caesar D. Kalinowski
    Mr. Scott P. Lewis
    Ms. Catherine Meredith Padhi
    Mr. Constantine Z. Pamphilis
    Mr. Philip J. Perry
    Mr. Stephen Michael Pezzi

Mr. Alex Potapov
Ms. Lindsey E. Powell
Mr. Andrew D. Prins
Ms. Deva Roberts
Mr. Nicholas L. Schlossman
Mr. Mark Bernard Stern
Ms. Meaghan McLaine VerGow
Mr. Christian George Vergonis
Mr. Ryan Jeffrey Watson
Ms. Allison M. Zieve