

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

Tel: (202) 616-5372

November 30, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      Re:    *R.J. Reynolds Tobacco Co. v. Food & Drug Administration*, No. 23-40076
            (argument scheduled for Dec. 5, 2023)

Dear Mr. Cayce:

      Pursuant to Rule 28(j), we write in response to plaintiffs' November 28, 2023, letter addressing this Court's decision in *Chamber of Commerce v. SEC*, No. 23-60255 (5th Cir. Oct. 31, 2023). Contrary to plaintiffs' suggestion, the Court's decision fully supports the application of *Zauderer* in this case and refutes plaintiffs' contention (Br. 29) that the standard is reserved for disclosures related to preventing consumer deception. The Court's opinion confirms that, within the context of commercial speech, *Zauderer* applies to factual and uncontroversial disclosures that are "reasonably related to a legitimate state interest," Op. 6, and it concludes that the government "has a legitimate interest in promoting the free flow of commercial information," Op. 11. The Court further held that a requirement that publicly traded companies disclose the rationale for decisions to repurchase shares of their own stock "reasonably related to that interest" because it enables investors to "better evaluate" a company's financial condition. *Id.*

      Here, as in *Chamber*, the agency determined that disclosures are needed so that consumers may "make fully informed . . . decisions," Op. 3—in this case, about whether to use a uniquely dangerous and addictive product. Warnings disclosing the undisputed health consequences of smoking have been in effect for decades and are the type of "health and safety warning[] long considered permissible." *NIFLA v. Becerra*, 138 S. Ct. 2361, 2376 (2018).

                                     Sincerely,

                                     /s/ Lindsey Powell
                                   LINDSEY POWELL

cc:    All counsel by ECF

Case: 23-40076    Document: 123    Page: 2    Date Filed: 11/30/2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2023, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Lindsey Powell
LINDSEY POWELL