# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: +1.202.879.3809
rwatson@jonesday.com

December 1, 2023

CM/ECF

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:  *R J Reynolds Tobacco Company, et al. v. Food & Drug Administration, et al.*, No. 23-40076

Dear Mr. Cayce:

    Plaintiffs-Appellees respond to FDA's 28(j) letter addressing *National Association of Wheat Growers v. Bonta*, No. 20-16758 (9th Cir. Nov. 7, 2023) ("*Wheat Growers*"). Contrary to FDA's position, *Wheat Growers* only underscores that this Court should affirm.

    *First*, *Wheat Growers* notes that "[a]lthough commandeering speech may seem expedient, it is seldom constitutionally permissible." Op. 43; *see* Appellees' Br. 15-16.

    *Second*, *Wheat Growers* emphasized that a warning is not purely factual and uncontroversial for *Zauderer* purposes even if its individual elements are "entirely and literally true," as long as the warning is misleading in its "totality." Op. 35. Moreover, the Ninth Circuit explained that even a technically accurate message is misleading if it would be understood differently by average consumers. *Id.* The value-laden graphic warnings here are each misleading, among other reasons, because they are capable of multiple interpretations by consumers. Appellees' Br. 22-26.

    *Third*, *Wheat Growers* concluded that the glyphosate warning could not survive *Central Hudson*'s narrow-tailoring requirement in part because California had failed to "employ various other means" to communicate its message "that glyphosate puts humans at risk of cancer," such as "post[ing] information about glyphosate on its own website or conduct[ing] an advertising campaign." Op. 42. Just so here: FDA failed to test readily available less-restrictive alternatives, such as a public-information

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Lyle W. Cayce
December 1, 2023
Page 2

campaign, and the warnings therefore cannot satisfy *Central Hudson* (or *Zauderer*). Appellees' Br. 43-47.

*Finally*, FDA's attempt to derive support from *Wheat Growers* fails. Contrary to FDA's self-serving assertion—drawn from the very Rule being challenged here—there is *no* scientific consensus supporting the unprecedented, intrusive, grotesque, ideologically laden and misleading graphic warnings. Appellees' Br. 15-47.

Respectfully submitted,

*/s/ Ryan J. Watson*

| | |
|---|---|
| Philip J. Perry<br>Andrew D. Prins<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W.,<br>Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>philip.perry@lw.com | Ryan J. Watson<br>Christian G. Vergonis<br>Alex Potapov<br>Amelia A. DeGory<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001<br>(202) 879-3939<br>rwatson@jonesday.com |

*Counsel for Plaintiffs-Appellees R.J. Reynolds Tobacco Company, et al.*

Nicholas L. Schlossman
Latham & Watkins LLP
300 Colorado Street
Austin, TX 78701
(737) 910-7300
nicholas.schlossman@lw.com

*Counsel for Plaintiff-Appellee ITG Brands LLC*

Constantine Pamphilis
Kasowitz Benson Torres LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002
(713) 220-8852
dpamphilis@kasowitz.com

*Counsel for Plaintiff-Appellee Liggett Group LLC*

cc: All counsel (via CM/ECF)

## CERTIFICATE OF COMPLIANCE

I hereby certify that the body of this Letter pursuant to Fed. R. App. P. 28(j), beginning with the first word after the salutation and ending with the last word before the complimentary close, contains 268 words according to the word-processing software used to prepare this Letter. This Letter complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in proportionally spaced typeface using Microsoft Word for Microsoft Office 365, in 14-point Garamond font.

## CERTIFICATE OF SERVICE

I also certify that on December 1, 2023, I served a copy of the foregoing on all counsel of record by CM/ECF.

Dated: December 1, 2023

*/s/ Ryan J. Watson*
Ryan J. Watson