

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

---

Tel: (202) 616-5372

March 12, 2024

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      Re:    *R.J. Reynolds Tobacco Co. v. Food & Drug Administration*, No. 23-40076
            (oral argument held Dec. 5, 2023)

Dear Mr. Cayce:

      This letter responds to plaintiffs' letter regarding *Free Speech Coalition, Inc. v. Paxton*, No. 23-50627 (5th Cir. Mar. 7, 2024), which underscores that the cigarette health warnings at issue here are subject to review under *Zauderer v. Office of Disciplinary Counsel*, 471 U.S. 626 (1985). *Free Speech Coalition* states that "a compelled statement is 'uncontroversial' for purposes of *Zauderer* where the truth of the statement is not subject to good-faith scientific or evidentiary dispute and where the statement is not an integral part of a live, contentious political or moral debate." Op. 28. That "does not mean that whenever the compelled speaker dislikes or disagrees with the message he must convey, the statement is controversial. Nor does it mean that [a] controversy exists solely because an expert can be found who disagrees with a predominant view." *Id.* "[T]here must be some widespread, good-faith dispute over the topic or the facts" before the Court will conclude that this prong of the *Zauderer* inquiry is not satisfied. *Id.*

      Unlike in *Free Speech Coalition*, in which the Court cited "many examples of . . . dueling experts and studies" on the subject addressed by the warnings, Op. 29, plaintiffs here confirmed at oral argument that they are "not disputing that smoking can cause the consequences that are identified in the textual warning statements" required on cigarette packages and advertisements. Oral Arg. Rec. 17:12-19. The robust record confirms that both "the textual statements and accompanying photorealistic images depicting the health harm described . . . are supported by a broad consensus of scientific research." 85 Fed. Reg. 15,638, 15,645 (Mar. 18, 2020). There is thus nothing approaching a "widespread, good-faith dispute" over the subject of the cigarette warnings. Nor do "FDA's own studies" remotely "demonstrate[] that the warnings convey an ideological message" or otherwise suggest they are controversial. 3/11/24 Letter 2. As discussed in our briefs and at argument, these studies assessed whether specific warnings would promote public understanding of the serious and undisputed health risks of smoking, and they

strongly support the conclusion that the selected text-and-image warnings will directly further that purpose.

          Sincerely,

          /s/ Lindsey Powell
          LINDSEY POWELL

cc:    All counsel by CM/ECF

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 12, 2024, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

    /s/ Lindsey Powell
    LINDSEY POWELL