No. 23-40076

# In the United States Court of Appeals for the Fifth Circuit

R.J. REYNOLDS TOBACCO COMPANY; SANTA FE NATURAL TOBACCO COMPANY, INCORPORATED; ITG BRANDS LLC; LIGGETT GROUP LLC; NEOCOM, INCORPORATED; RANGILA ENTERPRISES, INCORPORATED; RANGILA LLC; SAHIL ISMAIL, INCORPORATED; IS LIKE YOU, INCORPORATED,
*Plaintiffs-Appellees*,

*v.*

FOOD & DRUG ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT M. CALIFF, COMMISSIONER OF FOOD AND DRUGS; XAVIER BECERRA, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
*Defendants-Appellants*.

On Appeal from the U.S. District Court for the Eastern District of Texas, No. 6:20-CV-00176

**UNOPPOSED MOTION OF ALTRIA GROUP, INC. FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF REHEARING EN BANC**

LISA S. BLATT
SARAH M. HARRIS
  *Counsel of Record*
TYLER J. BECKER
ANDREW G. BORRASSO
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, DC 20024*
  *(202) 434-5000*
  sharris@wc.com

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

In addition to the interested parties listed in Plaintiff-Appellees' certificate of interested persons, the undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These supplemental disclosures are made pursuant to this Court's Rules 28.2.1 and 29.2 in order that the judges of this court may evaluate possible disqualification or recusal.

1. Undersigned counsel certifies that amicus curiae **Altria Group, Inc.** is a publicly traded Virginia corporation. Altria Group, Inc. does not have a parent corporation, and no person or entity owns more than 10% of Altria Group, Inc.'s stock.

2. Amicus curiae **Altria Group, Inc.** is represented in this Court by **Lisa S. Blatt**, **Sarah M. Harris**, **Tyler J. Becker**, and **Andrew G. Borrasso** of **Williams & Connolly LLP**, 680 Maine Avenue S.W., Washington, DC 20024.

3. The remaining parties and their counsel are as follows:

| **Plaintiffs-Appellees** | **Counsel** |
| --- | --- |
| R.J. Reynolds Tobacco Company; Santa Fe Natural Tobacco Company, Incorporated; Neocom, Incorporated; Rangila Enterprises, Incorporated; Rangila LLC; Sahil Ismail, Incorporated; Is Like You, Incorporated | Ryan J. Watson<br>Christian G. Vergonis<br>Alex Potapov<br>Victoria C. Powell<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>(202) 879-3939 |

| **Plaintiff-Appellee** | **Counsel** |
|---|---|
| ITG Brands LLC | Philip J. Perry<br>Andrew D. Prins<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Nicholas L. Schlossman<br>LATHAM & WATKINS, LLP<br>300 Colorado Street<br>Austin, TX 78701<br>(737) 910-7300 |
| **Plaintiff-Appellee** | **Counsel** |
| Liggett Group LLC | Constantine Pamphilis<br>KASOWITZ BENSON TORRES LLP<br>1415 Louisiana Street, Suite 2100<br>Houston, TX 77002<br>(713) 220-8852<br><br>Leonard A. Feiwus<br>Nancy Elizabeth Kaschel<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1785 |

| **Defendants-Appellants** | **Counsel** |
|---|---|
| United States Food & Drug Administration;<br>United States Department of Health and Human Services;<br>Robert M. Califf, Commissioner of Food & Drugs;<br>Xavier Becerra, Secretary, U.S. Department of Health and Human Services | Lindsey E. Powell<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br><br>Catherine Meredith Padhi<br>Mark Bernard Stern<br>U.S. Department of Justice<br>Civil Division, Appellate Section<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br><br>Stephen Michael Pezzi<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, N.W.<br>Washington, DC 20530 |
| *Amicus Curiae* | **Counsel** |
| Public Citizen | Nandan M. Joshi<br>Allison Zieve<br>Public Citizen Litigation Group<br>1600 20th Street, N.W.<br>Washington, DC 20009<br>(202) 588-1000 |
| *Amicus Curiae* | **Counsel** |
| Public Health Law Center | Agatha M. Cole<br>Beverly, P.L.L.C.<br>43 W. 43rd Street,<br>Suite 159<br>New York, NY 10036<br>(917) 524-8055 |

| *Amicus Curiae* | **Counsel** |
|---|---|
| American Academy of Pediatrics; American Cancer Society; American Cancer Society Cancer Action Network; American Heart Association; American Lung Association; American Medical Association; Campaign for Tobacco-Free Kids; Children's Hospital Association of Texas; National Association of Hispanic Nurses; Texas Academy of Family Physicians; Texas Hospital Association; Texas Medical Association; Texas Nurses Association; Texas Pediatric Society; Texas PTA; The Cooper Institute; Truth Initiative Foundation; Bruce C. Carter, M.D.; David Lakey, M.D. | Scott P. Lewis<br>Austin P. Anderson<br>ANDERSON & KREIGER, LLP<br>50 Milk Street, Floor 21<br>Boston, MA<br>(617) 621-6576 |

| *Amicus Curiae* | **Counsel** |
|---|---|
| Washington Legal Foundation | Cory L. Andrews<br>John M. Masslon II<br>WASHINGTON LEGAL FOUNDATION<br>2009 Massachusetts Avenue, NW<br>Washington, DC 20036<br>(202) 588-0302 |

| ***Amicus Curiae*** | **Counsel** |
|---|---|
| Association of National Advertisers and Summus 2, LLC | James C. Grant<br>Caesar Kalinowski IV<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104-1610<br>Phone: (206) 622-3150<br><br>/s/ *Sarah M. Harris*<br>SARAH M. HARRIS<br>*Counsel for Amicus Curiae* |

Pursuant to Federal Rule of Civil Procedure 29(b), the Altria Group, Inc. respectfully requests that this Court grant leave to file the accompanying amicus brief in support of rehearing en banc.

1. Altria Group, Inc. owns a family of companies including Philip Morris USA Inc., America's leading cigarette manufacturer, and Nat Sherman, which sells super-premium cigarettes and cigars. Altria remains committed to ensuring adult consumers receive accurate, non-misleading health information about tobacco product risks. These companies' cigarette packaging and advertising have long displayed the Surgeon General's text-only warnings regarding smoking-related health risks, which have informed consumers about common health consequences of smoking.

2. FDA's Rule, however, compels manufacturers to disparage their own products with inflammatory, misleading graphic warnings. In 2020, Philip Morris and Nat Sherman challenged the Rule. *See* Complaint, *Philip Morris USA Inc. v. FDA*, No. 1:20-cv-01181 (D.D.C. May 6, 2020), ECF No. 1. After the U.S. District Court for the Eastern District of Texas set aside the Rule for violating the First Amendment, Philip Morris and Nat Sherman voluntarily dismissed their suit without prejudice to promote judicial economy. Altria thus has a significant interest in this case and its consideration en banc.

3. The panel opinion holds that the FDA's warnings do not violate the First Amendment's compelled-speech doctrine under a permissive form of scrutiny even though the warnings compel speech that is misleading, exaggerated, and emotion-inducing, and excessively burden private speech and impose unjustifiable restrictions.

4. This Court should grant Altria's motion to file an amicus brief in support of rehearing en banc in this case. Altria's brief explains how the panel's opinion conflicts with Supreme Court and D.C. Circuit precedent, and risks dismantling First Amendment protections against government-compelled speech across a wide array of contexts.

5. Altria previously filed a brief as amicus curiae when this case was considered on the merits by the panel.

6. Counsel for Altria has contacted counsel for the parties in this appeal. The parties do not oppose this motion.

Respectfully submitted,

/s/ *Sarah M. Harris*

LISA S. BLATT
SARAH M. HARRIS
  *Counsel of Record*
TYLER J. BECKER
ANDREW G. BORRASSO
WILLIAMS & CONNOLLY LLP
  *680 Maine Avenue S.W.*
  *Washington, DC 20024*
  *(202) 434-5000*
  *sharris@wc.com*

*Counsel for Amicus Curiae Altria Group, Inc.*

MAY 13, 2024

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Sarah M. Harris, counsel for amicus curiae Altria Group, Inc. and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 27(d), that the attached Unopposed Motion of Altria Group, Inc. for Leave to File an Amicus Curiae Brief in Support of Rehearing En Banc is proportionately spaced, has a typeface of 14 points or more, and contains 329 words.

/s/ *Sarah M. Harris*
SARAH M. HARRIS

May 13, 2024

# CERTIFICATE OF SERVICE

I, Sarah M. Harris, counsel for amicus curiae Altria Group, Inc. and a member of the Bar of this Court, certify that, on May 13, 2024, a copy of the attached Unopposed Motion of Altria Group, Inc. for Leave to File an Amicus Curiae Brief in Support of Rehearing En Banc was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ *Sarah M. Harris*
SARAH M. HARRIS

May 13, 2024