# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 14, 2024

Ms. Sarah M. Harris
Williams & Connolly, L.L.P.
680 Maine Avenue, S.W.
Washington, DC 20024

Mr. Ryan Thomas Scarborough
Williams & Connolly, L.L.P.
680 Maine Avenue, S.W.
Washington, DC 20024

    No. 23-40076    R J Reynolds Tobacco v. FDA
                         USDC No. 6:20-CV-176

Dear Ms. Harris and Mr. Scarborough,

On May 13, 2024, we received the initial filing of the Unopposed Motion for Leave to File Amicus Curiae Brief in Support of Rehearing En Banc and proposed Brief as Amicus Curiae in Support of Rehearing En Banc, filed on behalf of Amicus Curiae Altria Group, Incorporated.

In light of the fact that the Clerk's Office was notified that the initial filing was incorrectly docketed using the Electronic Case Filing (ECF) credentials of Attorney Mr. Ryan Thomas Scarborough, we are taking no action on this initial filing.

No further action is required as corrective action was already taken and the event was re-docketed using the ECF credentials of Attorney Ms. Sarah M. Harris.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        */s/ Dantrell Johnson*

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc:
    Mr. Austin Paganelli Anderson
    Mr. Cory L. Andrews
    Mr. Rohit Pranav Asirvatham
    Mr. Tyler J. Becker

Ms. Lisa Schiavo Blatt
Mr. Andrew G. Borrasso
Ms. Agatha M. Cole
Mr. James C. Grant
Ms. Whitney D. Hermandorfer
Mr. Nandan M. Joshi
Mr. Caesar D. Kalinowski
Mr. Scott P. Lewis
Ms. Catherine Meredith Padhi
Mr. Constantine Z. Pamphilis
Mr. Philip J. Perry
Mr. Alex Potapov
Ms. Lindsey E. Powell
Mr. Andrew D. Prins
Mr. Nicholas L. Schlossman
Mr. Mark Bernard Stern
Ms. Meaghan McLaine VerGow
Mr. Christian George Vergonis
Mr. Ryan Jeffrey Watson
Ms. Allison M. Zieve