# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-40076    R J Reynolds Tobacco v. FDA
                USDC No. 6:20-CV-176

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Austin Paganelli Anderson
Mr. Cory L. Andrews
Mr. Rohit Pranav Asirvatham
Mr. Tyler J. Becker
Ms. Lisa Schiavo Blatt
Mr. Andrew G. Borrasso
Ms. Agatha M. Cole
Mr. James C. Grant
Ms. Sarah M. Harris
Ms. Whitney D. Hermandorfer
Mr. Nandan M. Joshi
Mr. Caesar D. Kalinowski
Mr. Scott P. Lewis
Ms. Catherine Meredith Padhi
Mr. Constantine Z. Pamphilis
Mr. Philip J. Perry
Mr. Alex Potapov
Ms. Lindsey E. Powell
Mr. Andrew D. Prins
Mr. Nicholas L. Schlossman
Mr. Mark Bernard Stern
Ms. Meaghan McLaine VerGow
Mr. Christian George Vergonis
Mr. Ryan Jeffrey Watson
Ms. Allison M. Zieve