# United States Court of Appeals for the Fifth Circuit

_____

No. 23-40076
_____

R J Reynolds Tobacco Company; Santa Fe Natural Tobacco Company, Incorporated; ITG Brands LLC; Liggett Group LLC; Neocom, Incorporated; Rangila Enterprises, Incorporated; Rangila LLC; Sahil Ismail, Incorporated; Is Like You, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Food & Drug Administration; United States Department of Health and Human Services; Robert M. Califf, *Commissioner of Food and Drugs*; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:20-CV-176
_____

ON PETITION FOR REHEARING EN BANC

Before Smith, Elrod, and Graves, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is

DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.