# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2024

Mr. David O'Toole
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

  No. 23-40076   R J Reynolds Tobacco v. FDA
           USDC No. 6:20-CV-176

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
  Mr. Austin Paganelli Anderson
  Mr. Cory L. Andrews
  Mr. Rohit Pranav Asirvatham
  Mr. Tyler J. Becker
  Ms. Lisa Schiavo Blatt
  Mr. Andrew G. Borrasso
  Ms. Agatha M. Cole
  Mr. James C. Grant
  Ms. Sarah M. Harris
  Ms. Whitney D. Hermandorfer
  Mr. Nandan M. Joshi
  Mr. Caesar D. Kalinowski
  Mr. Scott P. Lewis
  Ms. Catherine Meredith Padhi
  Mr. Constantine Z. Pamphilis
  Mr. Philip J. Perry
  Mr. Stephen Michael Pezzi
  Mr. Alex Potapov
  Ms. Lindsey E. Powell
  Mr. Andrew D. Prins

```
Ms. Deva Roberts
Mr. Nicholas L. Schlossman
Mr. Mark Bernard Stern
Ms. Meaghan McLaine VerGow
Mr. Christian George Vergonis
Mr. Ryan Jeffrey Watson
Ms. Allison M. Zieve
```