

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave NW
Washington, DC 20530

Tel: (202) 514-5091

July 11, 2025

VIA CM/ECF

Lyle W. Cayce
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edwards Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE: *SWT Global Supply v. FDA*, No. 21-60762;
*Cloud House v. FDA*, No. 21-60777;
*Paradigm Distribution v. FDA*, No. 21-60778;
*Vaporized, Inc. v. FDA*, No. 21-60779;
*SV Packaging v. FDA*, No. 21-60801;
*R.J. Reynolds Vapor Co. v. FDA*, No. 23-60037;
*R.J. Reynolds Tobacco Co. v. FDA*, No. 23-40076;
*NicQuid, L.L.C. v. FDA*, No. 24-60272

Dear Mr. Cayce:

I respectfully request leave to withdraw as counsel for the government in these cases, as I will no longer be employed by the U.S. Department of Justice as of July 13, 2025. I therefore respectfully request that my appearance be removed from the dockets and that my name be removed from the ECF distribution lists. Other Department of Justice attorneys who have appeared in this case will continue to represent the United States in these cases.

Sincerely,

*/s/ Catherine Padhi*
Catherine Padhi

CC (via CM/ECF): all counsel of record