

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

Tel: (202) 616-5372

September 3, 2025

VIA CM/ECF

Lyle W. Cayce
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edwards Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE:  *SWT Global Supply v. FDA*, No. 21-60762;
*Wages & White Lion Invests. v. FDA*, Nos. 21-60766 & 21-60800;
*Cloud House v. FDA*, No. 21-60777;
*Paradigm Distribution v. FDA*, No. 21-60778;
*Vaporized, Inc. v. FDA*, No. 21-60779;
*SV Packaging v. FDA*, No. 21-60801;
*R.J. Reynolds Tobacco Co. v. FDA*, No. 23-40076;
*R.J. Reynolds Vapor Co. v. FDA*, Nos. 23-60037, 23-60128 & 23-60545;
*Shenzhen IVPS Tech. Co. v. FDA*, No. 24-60032;
*Shenzhen Youme Info. Tech. Co. v. FDA*, No. 24-60060;
*Corr-Williams Co. v. FDA*, No. 24-60068;
*NicQuid, L.L.C. v. FDA*, No. 24-60272;
*Breeze Smoke, L.L.C. v. FDA*, No. 24-60304;
*Vertigo Vapor, L.L.C. v. FDA*, No. 24-60332;
*Lead by Sales, L.L.C. v. FDA*, No. 24-60424;
*VDX Distro, Inc. v. FDA*, No. 24-60537;
*Vapermate, L.L.C. v. FDA*, No. 24-60628;
*Kealani Distribution L.L.C. v. FDA*, No. 25-40135;
*Elite Brothers v. FDA*, No. 25-60098;
*Texas Tobacco Barn v. HHS*, No. 25-60200

Dear Mr. Cayce:

I respectfully request leave to withdraw as counsel for the government in these cases as I will no longer be employed by the U.S. Department of Justice after September 5, 2025. I therefore ask that my participation in these cases be terminated and my name removed from the ECF distribution lists. Other Department of Justice attorneys have entered appearances and will continue to represent the government in these matters.

Sincerely,

*/s/ Lindsey Powell*
Lindsey Powell

CC (via CM/ECF): all counsel of record